JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON BELAUSTEGUI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, and PACIFIC MARITIME ASSOCIATION,<br><br>　　　　Defendants. | Case No. 2:19-cv-09955-FLA (AFMx)<br><br>District Judge: Fernando L. Aenlle-Rocha<br><br>Magistrate Judge: Alexander F. MacKinnon<br><br>**JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

# JUDGMENT

Defendants Pacific Maritime Association and International Longshore and Warehouse Union's (collectively, "Defendants") Motion for Summary Judgment ("Motion") as to Plaintiff Leon Belaustegui's ("Plaintiff") Complaint came before the court without oral argument. The Motion sought dismissal pursuant to Federal Rule of Civil Procedure 56 of Plaintiff's claim under the Uniformed Services Employment and Reemployment Rights Act ("USERRA") because no genuine dispute of any material fact exists and Plaintiff's Complaint should be dismissed as a matter of law.

The court, having considered the parties' joint brief, supplemental memoranda, joint evidentiary appendix, and joint appendix of undisputed and disputed facts, granted the Motion for the reasons set forth in its April 26, 2021 Order (Dkt. 45). Accordingly,

**IT IS ADJUDGED, ORDERED, AND DECREED THAT JUDGMENT IS HEREBY ENTERED** against Plaintiff and in favor of Defendants, that Plaintiff take nothing, and that the action be dismissed on the merits in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: May 11, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge