UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON BELAUSTEGUI,<br><br>            Plaintiff,<br><br>      v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION; PACIFIC MARITIME ASSOCIATION,<br><br>            Defendants. | Case No. 2:19-cv-09955-FLA (AFMx)<br><br>**JUDGMENT** |

# **JUDGMENT**

Defendants Pacific Maritime Association and International Longshore and Warehouse Union's (collectively, "Defendants") Motion for Summary Judgment ("Motion") as to Plaintiff Leon Belaustegui's ("Plaintiff") Complaint came to hearing on December 9, 2022. Dkt. 64. Pursuant to Federal Rule of Civil Procedure 56, the Motion sought dismissal of Plaintiff's claim under the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), on grounds including that Plaintiff's claim was barred by USERRA's five-year statutory limit. *Id.*

The court, having considered the parties' joint brief, supplemental memoranda, joint evidentiary appendix, joint appendix of undisputed and disputed facts, and arguments at the December 9, 2022 hearing, granted the Motion for the reasons set forth in the court's December 22, 2022 Order (Dkt. 65).

Accordingly, IT IS ADJUDGED, ORDERED AND DECREED THAT JUDGMENT IS HEREBY ENTERED against Plaintiff and in favor of Defendants. IT IS FURTHER ADJUDGED, ORDERED AND DECREED that Plaintiff take nothing, and that the action shall be dismissed in its entirety and on the merits, with prejudice.

IT IS SO ORDERED

Dated: January 13, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge